

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of the Estate of
Robbie Chris Bristow, deceased,

No. 11-22-00035-CV

\* From the 259th District Court
    of Jones County,
    Trial Court No. 025056.

\* November 2, 2023

\* Memorandum Opinion by Williams, J.
    (Panel consists of: Bailey, C.J.,
    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Rebecca Bristow.